## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**AUBREY BUTLER,**
**Petitioner,**

vs.                                                                                           Case Number:   **09-2066**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition under 28 U.S.C. §2255 is denied.  Case terminated.

ENTER this 12th day of May 2009.


s/PAMELA E. ROBINSON, CLERK
PAMELA E. ROBINSON, CLERK


s/K. Wynn
BY:  DEPUTY CLERK